UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Donald L. Gregory,                              Civil 04-4836 DSD/FLN

           Petitioner,

     v.                                          O R D E R

C. Holinka, Warden,

           Respondent.
_____

     Based upon the Findings of Fact, Conclusions of Law, and Recommendation by

United States Magistrate Judge Franklin L. Noel dated August 11, 2005, all the files and

records, and no objections having been filed to said Report and Recommendation,

     **IT IS HEREBY ORDERED** that:

     1.  Petitioner's petition for writ of habeas corpus [#1] is DENIED, and this action

is dismissed with prejudice; and

     2.  Petitioner's motion for default judgment [#11] is DENIED.

DATED:   August 31, 2005.              s/David S. Doty_____
at Minneapolis, Minnesota              JUDGE DAVID S. DOTY
                                       United States District Court